NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-0609
     Facsimile: (213) 894-7819
     E-mail: sarah.quist@usdoj.gov

Attorneys for Defendant
FEDERAL RETIREMENT THRIFT
INVESTMENT BOARD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| Michael J. Pravetz,<br><br>    Plaintiff,<br><br>    v.<br><br>Federal Retirement Thrift Investment Board,<br><br>    Defendant. | No. 5:18-cv-01081-FMO-SK<br><br>STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br><br>Honorable Fernando M. Olguin<br>United Stated District Judge |

IT IS HEREBY STIPULATED by and between the parties, subject to Court approval, to continue the scheduling conference to December 6, 2018, or alternatively, to stay the conference until after the Court has had an opportunity to rule on the pending motion to dismiss.

On October 10, 2018, Defendant filed a Motion to Dismiss for improper venue and noticed the hearing for November 8, 2018. (ECF 14.) On October 11, 2018, the Court issued an Order setting a scheduling conference for November 15, 2018, at

1

10:00 a.m. (ECF 15.) The Order requires counsel for the parties to meet in person to discuss the Rule 26(f) matters by October 25, 2018. (ECF 15.)

    A continuance of the scheduling conference will conserve the resources of the Court and parties. The outcome of the motion may obviate the need for the conference.

    This is the first request to continue the scheduling conference.

    A proposed order is being lodged herewith.

Dated: October 24, 2018

LAW OFFICE OF ROBERT F. KEEHN

/s/
Robert F. Keehn, Esq.

Attorney for Plaintiff
MICHAEL J. PRAVETZ

Dated: October 24, 2018

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

/s/ *Sarah Quist*
SARAH QUIST
Assistant United States Attorney

Attorneys for Defendant
FEDERAL RETIREMENT THRIFT INVESTMENT BOARD

**Attestation of Filer:** I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.
Dated: October 24, 2018    /s/ *Sarah Quist*
    SARAH QUIST

2