IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Michael J. Pravetz,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Federal Retirement Thrift Investment Board,<br><br>　　　　Defendant. | No. 5:18-cv-01081-FMO-SK<br><br>[PROPOSED] ORDER CONTINUING THE SCHEDULING CONFERENCE |

　　　The Court, having considered the parties' Stipulation to Continue the Scheduling Conference, HEREBY ORDERS that the scheduling conference is continued to December 6, 2018, with the deadlines in the Court's October 11, 2018 Order continued accordingly.

Dated:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge