NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0609
    Facsimile: (213) 894-7819
    E-mail: sarah.quist@usdoj.gov

Attorneys for Defendant
FEDERAL RETIREMENT THRIFT
INVESTMENT BOARD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Michael J. Pravetz,<br><br>    Plaintiff,<br><br>    v.<br><br>Federal Retirement Thrift Investment Board,<br><br>    Defendant. | No. 5:18-cv-01081-FMO-SK<br><br>**STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>Honorable Fernando M. Olguin<br>United Stated District Judge |

IT IS HEREBY STIPULATED by and between the parties, subject to Court approval, to continue the scheduling conference to January 24, 2019, or alternatively, to stay the scheduling conference until after the Court has had an opportunity to rule on the pending venue motion.

On October 10, 2018, Defendant filed a Motion to Dismiss for improper venue and noticed the hearing for November 8, 2018. (ECF 14.) On October 11, 2018, the Court issued an Order setting a scheduling conference for November 15, 2018, at 10:00

1

a.m., and on October 30, 2018, the Court continued the scheduling conference to December 6, 2018. (ECF 15, 19.) On November 2, 2018, the Court took the motion hearing off calendar. (ECF 20.)

A continuance of the scheduling conference will conserve the resources of the Court and parties. The outcome of the motion may obviate the need for the conference.

This is the second request to reschedule the scheduling conference.

A proposed order is being lodged herewith.

Dated:  November 15, 2018          LAW OFFICE OF ROBERT F. KEEHN

/s/
Robert F. Keehn, Esq.

Attorney for Plaintiff
Michael J. Pravetz

Dated:  November 15, 2018          NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

/s/ *Sarah Quist*
SARAH QUIST
Assistant United States Attorney

Attorneys for Defendant
FEDERAL RETIREMENT THRIFT
INVESTMENT BOARD

**Attestation of Filer:** I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.
Dated: November 15, 2018          */s/ Sarah Quist*
                                 SARAH QUIST