# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PRAVETZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL RETIREMENT THRIFT<br>INVESTMENT BOARD,<br><br>　　　　　Defendant. | Case No. ED CV 18-1081 FMO (SKx)<br><br><br>**ORDER** |

　　Having reviewed the parties' Stipulation to Continue the Scheduling Conference (Dkt. 21, "Stipulation"), and upon finding good cause, IT IS ORDERED THAT the Stipulation **(Document No. 21)** is **granted**. The deadlines set forth in the Court's Order of October 11, 2018 (Dkt. 15), as modified by the Court's Order of October 30, 2018 (Dkt. 19) are **vacated** pending resolution of defendant's Motion to Dismiss for Improper Venue (Dkt. 14).

Dated this 19th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States District Judge